# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEXUS ASSET HOLDINGS, LLC, | |
| Plaintiff, | Case No. 2: 07-CV-000206-KJD-LRL |
| v. | **ORDER** |
| WORLD HOCKEY ASSOCIATION CORP., *et al*., | |
| Defendants. | |

On September 1, 2010, Defendant Robert Hull moved to dismiss (#220) the claims of Plaintiff Nexus Asset Holdings, LLC ("Nexus") for want of prosecution. On September 9, 2010, Plaintiff Global Developments, Inc. joined (#221) the motion to dismiss. Additionally, the parties informed the Court that Plaintiff Global and Defendant Hull had reached a tentative settlement. No opposition to the motion was filed and on November 12, 2010, the Court granted the motion. Judgment (#223) was entered against Nexus and for Hull on November 15, 2010. However, since that date no action of record has been taken.

Accordingly, the parties are ordered to file a joint status report or stipulation to dismiss no later than January 17, 2011. Furthermore, all remaining third-party plaintiffs and counterclaimants

1  are ordered to show cause no later than January 17, 2011 why their claims should not be dismissed
2  for want of prosecution.
3  **IT IS SO ORDERED.**
4      DATED this 3rd day of January 2011.

_____
Kent J. Dawson
United States District Judge

2