# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEXUS ASSET HOLDINGS, LLC, *et al.*,

    Plaintiffs,

v.

WORLD HOCKEY ASSOCIATION CORP., *et al.*,

    Defendants.

Case No. 2:07-CV-00206-KJD-LRL

**ORDER**

On January 3, 2011, the Court ordered all remaining third-party plaintiffs and counterclaimants to show cause no later than January 17, 2011 why their claims should not be dismissed for failure to prosecute. Though the time for doing so has passed, no party has responded to the Court's order.

Accordingly, **IT IS HEREBY ORDERED** that all remaining third-party claims and counterclaims are **DISMISSED for want of prosecution**;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 21st day of January 2011.

_____
Kent J. Dawson
United States District Judge